IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBINSON MARTINEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:09cv223 |
| BUREAU OF PRISONS | § | |

MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robinson Martinez, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this court and 28 U.S.C. § 636.

Plaintiff has filed a motion (doc. no. 46) seeking a temporary restraining order and preliminary injunction. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for a temporary restraining order and preliminary injunction is **DENIED**.

So **ORDERED** and **SIGNED** this 6  day of **March, 2012.**

_____
Ron Clark, United States District Judge